842 F.2d 1292
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Sophie RESETAR, Plaintiff-Appellant,
v.
Charles GILCHRIST, Executive of Montgomery County, Maryland;
County Council, Montgomery County Government, (Esther P.
Gelman, President); Harry Hughes, Governor of the State of
Maryland; General Assembly of Maryland; State Senate of
Maryland; Harriet A. Herman, Director, Montgomery County
Department of Social Services; Doreen C. Getsinger,
Supervisor, Montgomery County, Department of Social
Services; Bonnie M. Behrens, Social Worker, Montgomery
County, Department of Social Services; Donald L. Wassmann,
Director of Elder Affairs, Office of Family Resources Area
Agency on Aging; Suzanne C. Wilbur, Social Worker, Division
of Elder Affairs, Office of Family Resources Area on Aging;
William Francis Xavier Becker; Ann Peck, Public Health
Nurse; Lawrence Thomas, Public Health Nurse; Montgomery
County Health Department; Joan Finnerty; Mary Kress,
Patient Services, Department of Suburban Hospital; Lucy
Becker, Patient Services, Department of Suburban Hospital;
Joseph D. Connor; Roxanne L. Stigers, Administrator;
Pauling W. McCoskey, Employee of Collingswood Nursing Home;
Carol J. H. Frost, Assistant Vice President, State National
Bank; Sandra L. King, Manager of State National Bank,
Defendants- Appellees.
 No. 86-2144.
 United States Court of Appeals, Fourth Circuit.
 Submitted Jan. 29, 1988.
Decided March 8, 1988.
 
 Sophie Resetar, appellant pro se.
 Jefferson Vaughan Wright, Ruth Thiedke Porter, Bruce P. Sherman, Daniel H. Shapira, Robert L. Porter, Paul A. McGuckian, James R. Kelly, Bernard J. McAuley, Larry A. Silverman, David Eugene Stevenson, M. Bernadine Myles, Joel J. Rabin, David E. Manoogian, Paul V. McCormick, Craig S. Rice, Stuart Samuel Greenfeig, Jack A. Myerson, A. Howard Metro, Jean Marie Jones, for appellees.
 Before WIDENER and ERVIN, Circuit Judges and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 A review of the record and the district court's opinion discloses that this appeal from that court's order of dismissal under 28 U.S.C. Sec. 1915(d) is without merit. As this appeal presents no substantial question, the motion for a complete transcript of proceedings in the district court is denied. 28 U.S.C. Sec. 753(f). Because the dispositive issues recently have been decided authoritatively, we dispense with oral argument and affirm the judgment below on the reasoning of the district court. Resetar v. Gilchrist, CA-82-2792 (D.Md. July 10, 1986).
 
 
 2
 AFFIRMED.